IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03353-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DICKIE JOHNSON,

    Plaintiff,

v.

WELD COUNTY JAIL,

    Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Dickie Johnson, currently is incarcerated at the Weld County Jail in Greeley, Colorado.  He has submitted a motion titled "Motion to Prosecute."  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted motion is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
- (1)  _X_  is not submitted (must use the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official)
- (2)  ___  is missing affidavit
- (3)  _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- (4)  ___  is missing certificate showing current balance in prison account
- (5)  ___  is missing required financial information
- (6)  ___  is missing an original signature by the prisoner
- (7)  ___  is not on proper form (must use the court's current form)
- (8)  ___  names in caption do not match names in caption of complaint, petition or habeas application

(9) __         An original and a copy have not been received by the court.
               Only an original has been received.
(10) __        other:  § 1915 motion and affidavit and certified account statement only
               are necessary if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11)  X        is not submitted
(12) __        is not on proper form (must use the court's current form)
(13) __        is missing an original signature by the prisoner
(14) __        is missing page nos. __
(15) __        uses et al. instead of listing all parties in caption
(16) __        An original and a copy have not been received by the court.  Only an
               original has been received.
(17) __        Sufficient copies to serve each defendant/respondent have not been
               received by the court.
(18) __        names in caption do not match names in text
(19) __        other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED December 28, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge