IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03353-BNB

DICKIE JOHNSON,

     Plaintiff,

v.

WELD COUNTY JAIL,

     Defendant.

## ORDER OF DISMISSAL

     Plaintiff, Dickie Johnson, currently is incarcerated at the Weld County Jail in Greeley, Colorado. He attempted to initiate the instant action by submitting *pro se* a motion titled "Motion to Prosecute" (ECF No. 1). The Court reviewed the motion and determined it was deficient. Therefore, on December 28, 2012, Magistrate Judge Boyd N. Boland entered an order (ECF No. 3) directing Mr. Johnson to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

     The December 28 order pointed out that Mr. Johnson failed to submit either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing obtained from the appropriate prison official. The December 28 order also pointed out that Mr. Johnson failed to submit a Prisoner Complaint. The order directed him to obtain, with the assistance of his case manager or the facility's legal assistant, the Court-approved forms for filing a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  The December 28 order warned Mr. Johnson that, if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On January 17, 2013, Mr. Johnson submitted documents (ECF Nos. 4 and 5) that failed to cure the designated deficiencies.  Therefore, the action will be dismissed without prejudice for Mr. Johnson's failure to cure the designated deficiencies as directed within the time allowed.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Johnson files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Dickie Johnson, within the time allowed, to cure all the deficiencies designated in the order to cure of December 28, 2012.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  6th  day of   February   , 2013.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court