IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03353-LTB

DICKIE JOHNSON,

    Plaintiff,

v.

WELD COUNTY JAIL,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 6, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 6 day of February, 2013.

                      FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk


                      By: s/ S. Grimm
                          Deputy Clerk